**TREEHOUSE LAW, LLP**
Benjamin Heikali (SBN 307466)
Ruhandy Glezakos (SBN 307473)
Joshua Nassir (SBN 318344)
2121 Avenue of the Stars, Suite 2580
Los Angeles, CA 90067
Telephone: (310) 751-5948
bheikali@treehouselaw.com
rglezakos@treehouselaw.com
jnassir@treehouselaw.com

*Attorneys for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anna Stock, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Macy's Merchandising Group, Inc. and Macy's, Inc.<br><br>Defendants. | CASE NO. 2:23-cv-05113-AB-PVC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Anna Stock ("Plaintiff"), by and through her counsel of record, hereby voluntarily dismisses all her claims in the above-captioned action, without prejudice, against Macy's Merchandising Group, Inc., and Macy's Inc ("Defendants").

Defendants have not filed or served an answer or a motion for summary judgment in the action. Accordingly, Plaintiff may dismiss her claims in this action against Defendants without prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: October 16, 2023              **TREEHOUSE LAW, LLP**

                                     By: _S/ Benjamin Heikali_
                                          Benjamin Heikali


                                     Benjamin Heikali (SBN 307466)
                                     Ruhandy Glezakos (SBN 307473)
                                     Joshua Nassir (SBN 318344)
                                     2121 Avenue of the Stars, Suite 2580
                                     Los Angeles, CA 90067
                                     Telephone: (310) 751-5948
                                     bheikali@treehouselaw.com
                                     rglezakos@treehouselaw.com
                                     jnassir@treehouselaw.com


                                     *Attorneys for Plaintiff and the Putative Classes*